```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/19/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN STEWART,

                 Plaintiff,

-against-

NEW YORK CITY, POLICE OFFICER STEPHANIE DAVIS, SHIELD # 28218, POLICE OFFICER BRIAN HIRSCHMAN, SHIELD # 22623,

                 Defendants.

22 Civ. 3583 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On May 9, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by November 1, 2022. ECF No. 8. On November 1, 2022, the Court granted the parties' request for an extension until December 16, 2022. ECF No. 18. Those submissions are now overdue. Accordingly, by **December 27, 2022**, the parties shall submit their joint letter and proposed case management plan.

       SO ORDERED.

Dated: December 19, 2022
       New York, New York

                                                    ANALISA TORRES
                                          United States District Judge