USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/29/2023__



300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

Honorable Analisa Torres                                          August 28, 2023
United States District Court, SDNY
500 Pearl Street
New York, NY  10007-1312
by ECF

Re:  Shawn Stewart v. Police Officer Stephanie Davis and Police Officer Brian Hirschman
      22-CV-3583 (AT)

Your Honor-

I am Plaintiff's counsel in the above referenced matter.  This is a request to adjourn the conference currently scheduled 9/5/2023 in the case, as I will be out on a medical issue. Defendants' counsel have consented to the adjournment, and the parties are available 9/14 in the afternoon, 9/20, 10/10 in the afternoon, 10/11, 10/12 and 10/16-18.  This is the first requested adjournment of this conference.

Thank you for your consideration.

Sincerely Yours,

GRANTED.  The conference scheduled for September 5, 2023, is ADJOURNED to **October 17, 2023**, at **11:40 a.m.**  The parties are reminded that they shall file a joint status report not later than one week in advance of the case management conference.  ECF No. 30 ¶ 16.

Further, fact discovery ended in this matter on August 18, 2023.  ECF No. 37.  The parties are reminded that any pre-motion letters for leave to file a motion for summary judgment are due within fourteen (14) days of the close of fact discovery, or by **September 1, 2023**.  ECF No. 30 ¶¶ 8, 16.

SO ORDERED.

Dated: August 29, 2023
       New York, New York

ANALISA TORRES
United States District Judge