```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/11/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SHAWN STEWART,

                Plaintiff,

-against-

NEW YORK CITY, POLICE OFFICER STEPHANIE DAVIS, SHIELD # 28218, POLICE OFFICER BRIAN HIRSCHMAN, SHIELD # 22623,

                Defendants.

22 Civ. 3583 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 29, 2023, the Court scheduled a Case Management Conference for October 17, 2023. ECF No. 40. The parties were required to file a joint status letter not later than one week in advance of the Conference. ECF No. 30 ¶ 16. That submission is now overdue.

    Accordingly, the Case Management Conference scheduled for October 17, 2023, is ADJOURNED *sine die*.

    Further, fact discovery closed on August 18, 2023. ECF No. 37. Pre-motion letters for summary judgment were due within fourteen days of the close of fact discovery. ECF No. 30 ¶¶ 8, 16. Accordingly, by **October 19, 2023**, the parties are directed to file a joint letter providing a status update as to this action.

    SO ORDERED.

Dated: October 11, 2023
       New York, New York

                                      ANALISA TORRES
                                    United States District Judge