To the Jury,

    Thank you for your note.

    With respect to the first question, the injury required in the second claim must be physical but can include physical pain (as opposed to mental distress).

    With respect to the second question, the second claim only relates to the period of the handcuffing.

                       Judge Rakoff