To the Jury,

    Thank you for your second note. Here is the answer to your question:

    Even if otherwise unnecessary, handcuffing, by itself cannot support an excessive force claim unless it leads to a physical injury (as previously elaborated in response to your prior note).

                    Judge Rakoff