UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN STEWART,

    Plaintiff,

-v-

STEPHANIE DAVIS and BRIAN HIRSCHMAN,

    Defendants.

22-cv-3583 (JSR)

**VERDICT**

1. On Stewart's first claim, for unlawful detention, we the jury find defendant Stephanie Davis:

   Liable ✓    Not Liable ____

2. On Stewart's first claim, for unlawful detention, we the jury find defendant Brian Hirschman:

   Liable ✓    Not Liable ____

3. On Stewart's second claim, for excessive force, we the jury find defendant Stephanie Davis:

   Liable ____    Not Liable ✓

4. On Stewart's second claim, for excessive force, we the jury find defendant Brian Hirschman:

   Liable ____    Not Liable ✓

[If you answered "Liable" to at least one of Questions 1–4, proceed to Question 5. Otherwise, skip Question 5.]

5. Having found Stephanie Davis and/or Brian Hirschman liable for unlawful detention and/or excessive force, we the jury award Stewart the following compensatory damages:

   $ 25,000

_[signature]_

FOREPERSON

Date: 4/11/2024