UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SHAWN STEWART,

                Plaintiff,

   -v-                                                     **NOTICE OF APPEARANCE**

STEPHANIE DAVIS and BRIAN HIRSCHMAN,       22-CV-3583 (JSR)

                Defendants.
------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **JENNY WENG**, Senior Counsel, hereby appears as counsel of record on behalf of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for the City of New York. I certify that I am admitted to practice before this Court.

Dated:  New York, New York
           June 25, 2024

                                                      MURIEL GOODE-TRUFANT
                                                        Acting Corporation Counsel of the
                                                         City of New York
                                                       100 Church Street
                                                       New York, New York 10007
                                                       (212) 356-2648
                                                       jweng@law.nyc.gov

                                           By:   /s/ *Jenny Weng*
                                                       Jenny Weng
                                                        Senior Counsel
                                                       Special Federal Litigation Division

cc:     Counsel of Record (By ECF)