UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SHAWN STEWART,

                                      Plaintiff,

               -v-

STEPHANIE DAVIS, et al.,

                                      Defendant.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

22 Civ. 3583 (JSR)

        **PLEASE TAKE NOTICE** that **HANNAH V. FADDIS** hereby appears as counsel of record on behalf of the Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for third-party defendant City of New York. All papers and Electronic Case Filing notifications in this matter should henceforth be served on Hannah V. Faddis at the address listed below.

        I certify that I am admitted to practice before this Court.

Dated: July 9, 2024
      New York, New York

                                       MURIEL GOODE-TRUFANT
                                       Acting Corporation Counsel of
                                           the City of New York
                                       *Attorney for Third-Party Defendant City of New York*
                                       100 Church Street, Room 3-221
                                       New York, NY 10007
                                       (212) 356-2486
                                       hfaddis@law.nyc.gov

                            By: _____
                                Hannah V. Faddis
                                *Senior Counsel*
                                Special Federal Litigation Division

cc:    **BY ECF**
       *All Counsel of Record*