UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

SHAWN STEWART                                                                     **NOTICE OF MOTION**

                              Plaintiff,

                                                                                 Docket No.: 22-CV-3583
        -against-                                                                                                                        (JER)

POLICE OFFICER STEPHANIE DAVIS, SHIELD # 28218,
POLICE OFFICER BRIAN HIRSCHMAN, SHIELD # 22623

                            Defendants/Third Party-Plaintiffs,

THE CITY OF NEW YORK,

                            Third-Party Defendants
-------------------------------------------------------------------- x

       **PLEASE TAKE NOTICE,** that upon the Declaration of Douglas LaBarbera dated March 10th, 2025, and the exhibits annexed thereto, and the Memorandum of Law in Support dated March 10th, 2025, and upon all prior pleadings and proceedings had herein, that Defendant New York City Police Officers Stephanie Davis and Brian Hirschman, will move this Court before the Honorable Jed. S. Rakoff, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10038, on a date and time to be determined by the Court for an Order pursuant to Rule 50 of the Federal Rules of Civil Procedure and New York General Municipal Law §50-k, compelling Defendant City of New York to provide indemnification for the jury's award of compensatory damages and any attorney's fees that may be awarded.

       **PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's directives, Plaintiff's opposition to this motion is due by March 17th, 2025.

Dated:     New York, NY
           March 10th, 2025

                                                                                        Respectfully Submitted

                                                                                        _____/s/_____

                                                              BY: Douglas LaBarbera (DL 6212)
                                                              LABARBERA & ASSOCIATES
                                                              *Attorneys for Defendants Davis & Hirschman*
                                                              111 John Street, Suite 640
                                                              New York, NY 10038
                                                              (212) 964-8038

CC:     **VIA ECF**

       Andrew Brian Stoll
       Stoll, Glickman & Bellina, LLP
       *Attorneys for Plaintiff*
       300 Cadman Plaza West, 12th Floor
       Brooklyn, NY 11201

       Hannah Faddis
       New York City Law Department
       Special Federal Litigation Division
       100 Church Street
       Ste 3-216
       New York, NY 10007